IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00118-CV

 

In the
Matter of Jewel W. Keller,

an
Incapacitated Person

 

 



From the 220th District Court

Hamilton County, Texas

Trial Court No. 04-01-01104

 



dissenting Opinion










 

          The result of Zipp’s third issue on appeal,
whether the trial court erred in removing her as guardian of the estate of
Jewel Keller, will decide who has the duty to wrap up the affairs of Keller’s guardianship
estate, including the delivery and accounting for the assets of that estate to
the personal representative of the decedent’s estate.  The duly appointed
guardian will have to decide questions related to the propriety of payment of
various expenses and make an accounting.  The question to be decided by this
appeal is, in part, who is the duly appointed guardian with that
responsibility?  This issue is not moot.  See Pinnacle Gas Treating,
Inc. v. Read, 104 S.W.3d 544 (Tex. 2003).  A guardian is appointed to make
decisions on behalf of the guardianship estate.  The current dispute is;
who is the proper person to make these decisions and wind up the affairs of the
guardianship estate?  That dispute did not die with Ms. Keller.  See Weatherly
v. Byrd, 552 S.W.2d 573, 574 (Tex. Civ. App.—Fort Worth 1977), rev’d on the
merits, 566 S.W.2d 292 (Tex. 1978).

          I dissent.

 

                                                          TOM
GRAY

                                                          Chief
Justice

 

Dissenting
opinion delivered and filed July 27, 2005